## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RICARDO BURKE-LASALLE, et al<br>Defendants. | CRIMINAL NO. 99-315(DRD) |

## UNITED STATES OF AMERICA'S MOTION TO WITHDRAW AS THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THE CASE

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1. That as of July 11, 2007, AUSA José Capó Iriarte is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case. The person responsible for this case is SAUSA Olga Castellón.

WHEREFORE, the United States respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA José Capó Iriarte as the attorney responsible for the prosecution of the instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 11th day of July, 2007.

                      ROSA EMILIA RODRIGUEZ-VELEZ
                      United States Attorney

                      s/José Capó Iriarte
                      José Capó Iriarte - G00307
                      Assistant U. S. Attorney
                      Criminal Division
                      Torre Chardón, Suite 1201
                      350 Carlos Chardón Street
                      Hato Rey, Puerto Rico  00918
                      Tel. (787) 766-5656
                      Fax (787) 771-4050
                      Email: jose.capo2@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

    At San Juan, Puerto Rico, this 11th day of July, 2007.

                      s/José Capó Iriarte
                      Assistant U.S. Attorney